UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T-MOBILE NORTHEAST, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>SELECTIVE INSURANCE<br>COMPANY OF AMERICA,<br><br>       Defendant. | CASE NO. C17-1289JLR<br><br>ORDER ON SUPPLEMENTAL BRIEFING |

On May 17, 2018, the Honorable Robert S. Lasnik transferred this case to the undersigned judge as related to *T-Mobile USA Inc. v. Selective Insurance Co. of America*, No. C15-1739JLR (W.D. Wash.), a case now on appeal before the Court of Appeals for the Ninth Circuit. (*See* Dkt.); *T-Mobile USA v. Selective Insurance*, No. C15-1739JLR, Dkt. # 94 (Not. of Appeal). Before the court is Defendant Selective Insurance Company of America's ("Selective") motion to dismiss or stay this matter pursuant to the first to file rule. (Mot. (Dkt. # 6).) Selective contends that this action is identical to a New

| | |
|---|---|
| 1 | Jersey case Selective brought shortly before Plaintiff T-Mobile Northeast, LLC |
| 2 | ("T-Mobile NE") filed this case, and therefore seeks a dismissal or stay. (*See id.* at 2.) |
| 3 | Both of those cases were filed on July 27, 2017. (*Id.* at 7; Resp. (Dkt. # 10) at 11-12.) In |
| 4 | addition, when Selective filed its motion, T-Mobile USA Inc.'s motion for |
| 5 | reconsideration in *T-Mobile USA v. Selective Insurance*, No. C15-1739JLR, was pending, |
| 6 | and both parties extensively detail and heavily rely on that fact in their briefing here. |
| 7 | (*See generally* Mot.; Resp.; Reply (Dkt. # 12).) However, the court denied that motion |
| 8 | and entered judgment on October 19, 2017, and T-Mobile USA appealed. *See T-Mobile* |
| 9 | *USA v. Selective Insurance*, No. C15-1739JLR, Dkt. ## 92 (10/19/17 Order), 93 |
| 10 | (Judgment), 94 (Not. of Appeal). |
| 11 | Thus, due to the amount of time that has passed since Selective filed its motion, |
| 12 | the parties' briefing is stale. Accordingly, the court ORDERS the parties to file |
| 13 | supplemental briefing addressing the current status of the New Jersey case and how the |
| 14 | entry of judgment in and appeal of *T-Mobile USA v. Selective Insurance*, |
| 15 | No. C15-1739JLR, affects the motion. In addition to those specific issues, any other |
| 16 | issues the parties address must be relevant to dismissal or a stay pursuant to the first to |
| 17 | file rule. The parties must file their supplemental briefing as follows: Selective must file |
| 18 | a brief of no more than ten (10) pages no later than June 1, 2018, and T-Mobile NE must |
| 19 | file a responsive brief of the same length no later than June 15, 2018. |
| 20 | // |
| 21 | // |
| 22 | // |

1   Selective may not file a reply.  The court further DIRECTS the Clerk to renote

2   Selective's motion for June 15, 2018.

3        Dated this 18th day of May, 2018.

                                                    *signature*

                                            JAMES L. ROBART
                                            United States District Judge